01

02

03

04

05

06          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08    UNITED STATES OF AMERICA,             )
                                            )    CASE NO. MJ 11-253
09           Plaintiff,                     )
                                            )
10           v.                             )
                                            )    DETENTION ORDER
11    DILLON RYAN PINSON,                   )
                                            )
12           Defendant.                     )
      _____ )

13

14    <u>Offense charged</u>:        Distribution of Material Constituting or Containing Child Pornography;

15    Possession of Child Pornography

16    <u>Date of Detention Hearing</u>:    June 14, 2011.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18    based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19    that no condition or combination of conditions which defendant can meet will reasonably

20    assure the appearance of defendant as required and the safety of other persons and the

21    community.

22    / / /

      DETENTION ORDER
      PAGE -1

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02          1.          Defendant is charged by Complaint with distributing and attempting to

03  distribute images of child pornography.   The AUSA proffers that at least 74 video files, well

04  over 5000 images, of child pornography involving very young children were allegedly found on

05  defendant's computer.   Further, the AUSA proffers that the defendant's computer was

06  allegedly active and running searches for images of child pornography at the time of his arrest.

07          2.          Defendant's past criminal record includes failures to register as a sex offender

08  following his conviction as a juvenile for rape of a child.

09          3.          Defendant poses a risk of nonappearance due to a substance abuse history and a

10  history of failure to register as a sex offender.   He poses a risk of danger due to criminal

11  history, lack of compliance with a previous term of court ordered supervision, and the nature

12  and circumstances of the instant offense.

13          4.          There does not appear to be any condition or combination of conditions that will

14  reasonably assure the defendant's appearance at future Court hearings while addressing the

15  danger to other persons or the community.

16  It is therefore ORDERED:

17      1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

18          General for confinement in a correction facility separate, to the extent practicable, from

19          persons awaiting or serving sentences or being held in custody pending appeal;

20      2.  Defendant shall be afforded reasonable opportunity for private consultation with

21          counsel;

22      3.  On order of the United States or on request of an attorney for the Government, the

DETENTION ORDER
PAGE -2

01     person in charge of the corrections facility in which defendant is confined shall deliver

02     the defendant to a United States Marshal for the pupose of an appearance in connection

03     with a court proceeding; and

04   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

05     for the defendant, to the United States Marshal, and to the United State Pretrial Services

06     Officer.

07     DATED this <u>14th</u> day of June, 2011.

08

09                        _____
                         Mary Alice Theiler

10                          United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3