JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DILLON PINSON,<br><br>　　　　Defendant. | No. CR11-251-JLR<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

The Court has reviewed the unopposed motion of the defendant to modify the conditions of supervision by allowing alcohol use, and the records and files therein.

The Court GRANTS the motion. The following condition shall be deleted from the Judgment:

> The defendant shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol. The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision. Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer. In addition to urinalysis testing that may be a part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.

The following shall replace the above condition:

ORDER GRANTING UNOPPOSED
MOTION TO MODIFY CONDITIONS
OF SUPERVISED RELEASE
(*United States v. Pinson*, CR11-251JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

The defendant shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs. The defendant shall also abstain from the use of alcohol during the term of supervision if required by a substance use disorder treatment program. Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the U.S. Probation Officer. In addition to drug testing that may be a part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.

DATED this 3rd day of October, 2022.

_____
HON. JAMES L. ROBART
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO MODIFY CONDITIONS
OF SUPERVISED RELEASE
(*United States v. Pinson*, CR11-251JLR) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100